UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOSE VELASQUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-CV-123 JAR |
| ) | |
| ANDREW JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's request for the Court to review the deductions taken by Saint Genevieve County Detention Center from his account statement in order to pay his Court filing fees. Plaintiff states that he had $60 removed from his account on December 7, 2017, and he then had another $60 removed from his account on December 8, 2017 to go towards payment of his $350.00 filing fee. Plaintiff complains that this is more than the monthly payments of 20% of the preceding month's income, as designated in 28 U.S.C. § 1915(b)(1)-(2).

Without a copy of plaintiff's account statement, the Court cannot comment on the Detention Center's practices. However, the Court can state that at the beginning of his action, plaintiff sent the Court a "green check" in the amount of $120.00. The check was receipted on the Court's docket on October 30, 2017.

On November 21, 2017, the Court wrote to the Director of Inmate Finances at Saint Genevieve Detention Center detailing that plaintiff had paid the initial partial filing fee of $33.13, as well as an additional $86.87 towards the filing fee. Adding the amounts paid toward the full filing fee, plaintiff has paid a total of exactly $120.00 of the $350.00 filing fee. Thus, plaintiff has a balance of only $230.00 left to pay to this Court presently.

If plaintiff believes additional funds have been taken from his prison account, he should provide the Court with a copy of his prison account statement and detail his concerns to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request to review the deductions taken by Saint Genevieve County Detention Center from his account statement [Doc. #16] is **DENIED** without prejudice.

Dated this 17th day of January, 2018.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE